[Nos. 25821-8-II; 25822-6-II; Division Two. March 29, 2002.] 25823-4-II.

THE STATE OF WASHINGTON, *Respondent*, v. KURTS W. MICHAEL III, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. JODY COLBURN, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. ROBIN M. LOWE, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 99-1-01534-1, Christine A. Pomeroy, J., entered April 14, 2000. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26528-1-II. Division Two. March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON L. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02696-1, Frederick W. Fleming, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26687-3-II. Division Two. March 29, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. IRVING RAMIREZ, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00211-6, Brian E. Chushcoff, J., entered November 16, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.